AUGUST 9, 1988

No. 87–1790. AMERICAN MANAGEMENT & AMUSEMENT, INC. v. BARONA GROUP OF THE CAPITAN GRANDE BAND OF MISSION INDIANS. C. A. 9th Cir. Certiorari dismissed under this Court's Rule 53.